FERDINAND IP LAW GROUP
Edmund J. Ferdinand, III, Esq. (EF 9885)
John F. Olsen, Esq. (JO 8553)
Alexander R. Malbin, Esq. (AM 9385)
450 Seventh Avenue, Suite 2300
New York, NY 10123
Phone: (212) 220-0523
JFerdinand@FIPLawGroup.com
JOlsen@FIPLawGroup.com
AMalbin@FIPLawGroup.com

*Attorney for Plaintiff,*
*KAREN WILLIAMS DESIGN, LTD.*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| KAREN WILLIAMS DESIGN, LTD.,<br><br>                              Plaintiff,<br><br>- against -<br><br>E. LAWRENCE DESIGN, LLC; NEW DAY WOODWORK, INC., RBL METALS, LLC, AMY SCHORR and BRIAN SCHORR,<br><br>                              Defendants. | Civil Action No. 1:23-cv-6634 |

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**
**AS TO DEFENDANTS AMY SCHORR AND BRIAN SCHORR**
**PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)**

1

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that, pursuant to Rule 41(a)(1)(A)(I) of the Federal Rules of Civil Procedure, Plaintiff, Karen Williams Design, Ltd., voluntarily dismisses the above-captioned action as to only Defendants Amy Schorr and Brian Schorr, without prejudice, and with each of Plaintiff and Defendants Amy Schorr and Brian Schorr to bear their respective costs and attorneys' fees as incurred against one another in connection with this action.

Dated: October 2, 2023

                                                Respectfully submitted,

                                                FERDINAND IP LAW GROUP

                                                By: /s/ Alexander R. Malbin
                                                Alexander R. Malbin, Esq. (AM 9385)
                                                Edmund J. Ferdinand, III, Esq. (EF 9885)
                                                John F. Olsen, Esq. (JO 8553)
                                                450 Seventh Avenue, Suite 2300
                                                New York, New York 10123
                                                (p) (212) 220-0523
                                                AMalbin@FIPLawGroup.com
                                                JFerdinand@FIPLawGroup.com
                                                JOlsen@FIPLawGroup.com

                                                *Attorney for Plaintiff,*
                                                *KAREN WILLIAMS DESIGN, LTD*