UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KAREN WILLIAMS DESIGN, LTD.,

                Plaintiff,

- against -

E. LAWRENCE DESIGN, LLC; NEW DAY WOODWORK, INC., RBL METALS, LLC, AMY SCHORR and BRIAN SCHORR,

                Defendants.

**ORDER**

23 Civ. 6634 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        It is ORDERED that the conference in this matter currently scheduled for December 14, 2023, is adjourned to **Thursday, January 25, 2024, at 10:30 a.m.** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

Dated: New York, New York
       December 8, 2023

SO ORDERED.

_Paul S. Gardephe_
Paul G. Gardephe
United States District Judge