# FERDINAND IP
## LAW GROUP
IP | LICENSING | CORPORATE | LITIGATION | VALUATION

Alexander Malbin, Esq.
AMalbin@FIPLawGroup.com
Reply to: NY Office

**January 17, 2024**
**LETTER-MOTION – FILED VIA ECF**

The Honorable Paul G. Gardephe
United States District Judge
Southern District of New York
40 Foley Square, Room 2204
New York, NY 10007

> Re:   *Karen Williams Design, Ltd. v. E. Lawrence Design, LLC, et al.*
>       Civil Action No. 1:23-cv-06634-PGG
>       Letter-Motion for Adjournment of Pretrial Conference

Dear Judge Gardephe,

We represent the Plaintiff, Karen Williams Design, Ltd., in the above-referenced action. Pursuant to Paragraph I[E] of Your Honor's Individual Rules of Practice in Civil Cases, and with the consent of counsel for Defendants, E. Lawrence Design, LLC, New Day Woodwork, Inc., and RBL Metals LLC, we write to respectfully request adjournment of the Fed. R. Civ. P. 16 Pretrial Conference presently scheduled for January 25, 2024 (*see* Dkt. 7, 20, 29).

The basis for this request is that, in accordance with the Court's Order of December 18, 2023 (Dkt. 34), a settlement conference between the parties has been scheduled in this action to be held before the Hon. Jennifer E. Willis, U.S. Magistrate Judge, on March 21, 2024. The parties desire to adjourn the Pretrial Conference until after that settlement conference has taken place, in the interest of attempting to settle all claims in this action before the parties incur further litigation expense, as well as to avoid unnecessary use of the Court's time and resources in the event that a settlement is reached.

The parties have conferred on availability, and respectfully propose that the Pretrial Conference be rescheduled from January 25, 2024, to <u>Thursday, April 18, 2024</u>.

This is the parties' second request for an adjournment of the Pretrial Conference; the Court previously granted a request to adjourn the Pretrial Conference by its order of October 18, 2023 (Dkt. 20).

WWW.FERDINANDIP.COM

**NEW YORK OFFICE**
450 7th Avenue
Suite 2300
New York, NY 10123
P +1 (212) 220 0523
F +1 (203) 549 2339

**WESTPORT OFFICE**
1221 Post Road East
Suite 205
Westport, CT 06880
P +1 (203) 557 4224
F +1 (203) 549 2339

**SAN DIEGO OFFICE**
2305 Historic Decatur Road
Suite 100
San Diego, CA 92106
P +1 (858) 412 4515
F +1 (203) 549 2339

**SILICON VALLEY OFFICE**
800 W. El Camino Real
Mountain View, CA 94040
P +1 (858) 412 4515
F +1 (203) 549 2339

Hon. Paul G. Gardephe
January 17, 2024
Page 2 of 2

All parties to this action have consented to this request.

Thank you for your time and consideration.

Very truly yours,

Alexander Malbin, Esq.
FERDINAND IP LAW GROUP
*Counsel for Plaintiff,*
*Karen Williams Design, Ltd.*

**MEMO ENDORSED:** The conference in this matter currently scheduled for January 25, 2024, is adjourned to **April 18, 2024, at 10:00 a.m.** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

SO ORDERED.

Paul G. Gardephe
United States District Judge
Dated:  January 17, 2024