UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------------X

KAREN WILLIAMS DESIGN LTD.,           :   Index No.: 1:23-cv-06634-PGG

                       Plaintiff,            :

         -against-                :   **ORDER FOR**
                                      :   **WITHDRAWAL AS**

E. LAWRENCE DESIGN, LLC; NEW DAY :   **COUNSEL**
WOODWORK, INC. and RBL METALS LLC,   :

                  Defendants.         :

-------------------------------------------------------------------------X

         **PLEASE TAKE NOTICE** that, upon subject to the approval of the Court, Jake T.

Goldstein hereby withdraws as counsel for Defendant E. Lawrence Design, LLC ("ELD"), and

shall be removed from the Case Management/Electronic Case Files (CM/ECF) notification list in

the above-captioned matter. Michael T. Contos of Wilk Auslander will continue to represent ELD

in this proceeding.

Dated: February 28, 2024
       New York, New York

                                */s/ Jake T. Goldstein*
                                Jake T. Goldstein
                                825 Eighth Avenue, Suite 2900
                                New York, New York 10019
                                212-981-2300

SO ORDERED.

*Paul G. Gardephe*

_____
Paul G. Gardephe
United States District Judge
Dated: February 29, 2024