UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KAREN WILLIAMS DESIGN, LTD., <br><br> Plaintiff, <br><br> - against - <br><br> E. LAWRENCE DESIGN, LLC; NEW DAY WOODWORK, INC., RBL METALS, LLC, AMY SCHORR and BRIAN SCHORR, <br><br> Defendants. | **ORDER** <br><br> 23 Civ. 6634 (PGG) |

PAUL G. GARDEPHE, U.S.D.J.:

      The conference in this matter currently scheduled for April 18, 2024, is adjourned to **Thursday, May 2, 2024, at 10:00 a.m.** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

Dated: New York, New York
      April 15, 2024

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge