UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KAREN WILLIAMS DESIGN, LTD.,<br><br>                Plaintiff,<br><br>- against -<br><br>E. LAWRENCE DESIGN, LLC; NEW DAY WOODWORK, INC., RBL METALS, LLC, AMY SCHORR and BRIAN SCHORR,<br><br>                Defendants. | **ORDER**<br><br>23 Civ. 6634 (PGG) |

PAUL G. GARDEPHE, U.S.D.J.:

        The Court having been advised that all claims asserted herein have been settled, it is ordered that the above-entitled action be, and hereby is, dismissed with prejudice but without costs; provided, however, that if the settlement is not consummated within thirty days of this order, any party may apply by letter within the thirty-day period for restoration of the action to the calendar of the undersigned, in which event the action will be restored.  The Clerk of Court is directed to close the case.  Any pending dates and deadlines are adjourned <u>sine</u> <u>die</u>, and any pending motions are moot.

Dated: New York, New York
       April 30, 2024

                                                                 SO ORDERED.

                                                                 _____
                                                                  Paul G. Gardephe
                                                                   United States District Judge