# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

KAREN WILLIAMS DESIGN, LTD.,

    Plaintiff,

v.

E. LAWRENCE DESIGN, LLC, et al.,

    Defendants.

Case No. 1:23-cv-06634-PGG

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Proceedure, Plaintiff Karen Williams Design Ltd., Defendant E Lawrence Design, LLC, Defendant New Day Woodwork, Inc., and Defendant RBL Metals, LLC (together, the "Parties"), by and through their respective undersigned counsel, hereby stipulate that the above-captioned action may be and hereby is dismissed with prejudice, with each of the Parties bearing its own costs, expenses, and attorneys' fees.

Dated: May 31, 2024

Respectfully submitted,

*[signature]*

MEISTER SEELIG & FEIN PLLC
Edmund J. Ferdinand, III
Alexander R. Malbin
125 Park Avenue, 7th Floor
New York, NY 10017
Phone: (212) 220-0523
John F. Olsen
The Law Office of John F. Olsen, LLC
105 Grove Street, Suite 6
Montclair, NJ 07042
Phone: (973) 932-8264
jed@MSF-law.com
arm@MSF-law.com
jolsen@jfolsenlaw.com

*Attorneys for Plaintiff,*
*Karen Williams Design, Ltd.*

*[signature]*

WILK AUSLANDER LLP
Michael T. Contos
Worldwide Plaza
825 Eighth Avenue, Suite 2900
New York, NY 10019
Phone: (646) 375-7674
mcontos@wilkauslander.com

*Attorneys for Defendant,*
*E. Lawrence Design, LLC*

*[signature]*

ROSS KATZ & PACHNANDA PLLC
Alex K. Ross
845 Third Avenue, 6th Floor
New York, NY 10022
Aross@RFPlawgroup.com
Phone: (917) 997-7677

*Attorneys for Defendants,*
*New Day Woodwork, Inc.*
*& RBL Metals LLC*